No. 501.   WOOD ET AL. *v.* GAS SERVICE Co.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.   *William S. Hogsett* and *Hale Houts* for petitioners. *Charles M. Miller* and *Jerry T. Duggan* for respondent.

No. 179, Misc.   REYNOLDS   *v.*   MARTIN,   WARDEN. Court of Appeals of New York.   Certiorari denied.

No. 183, Misc.   HENDERSON   *v.*   CAVELL,   WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 236, Misc.   PATREK   *v.*   NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 136.   BOARD OF ASSESSORS OF THE TOWN OF RIVERHEAD, NEW YORK, ET AL. *v.* GRUMMAN AIRCRAFT ENGINEERING CORP., *ante,* p. 814;

No. 183.   ARGENTO *v.* HORN ET AL., *ante,* p. 818;

No. 222.   CITIZENS BANK & TRUST Co., ADMINISTRATOR, *v.* UNITED STATES, *ante,* p. 825;

No. 229.   FEDERAL TRADE COMMISSION *v.* CRAFTS, *ante,* p. 9;

No. 237.   DALY *v.* UNITED STATES ET AL., *ante,* p. 826;

No. 250.   SAVOIE, ADMINISTRATRIX, *v.* TEXAS COMPANY, *ante,* p. 840;

No. 253.   MILLER ET AL. *v.* JENNINGS ET AL., *ante,* p. 827;

No. 291.   HELMIG *v.* ROCKWELL MANUFACTURING Co. ET AL., *ante,* p. 832.   Petitions for rehearing denied.